# Third District Court of Appeal

## State of Florida

Opinion filed March 1, 2023.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-2186
Lower Tribunal No. F11-16175B

————————

**Javon Robinson,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Carlos J. Martinez, Public Defender, and Susan S. Lerner, Assistant Public Defender, for appellant.

Ashley Moody, Attorney General, and Katryna Santa Cruz, Assistant Attorney General, for appellee.

Before EMAS, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed. See State v. DiGuilio, 491 So. 2d 1129 (Fla. 1986).